LINIK 20

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL RHAMBO,**<br>**Plaintiff,**<br>**vs.**<br>**RECTOR HOLDINGS, LLC; and DOES 1 to 10,**<br>**Defendants.** | **Case No.: 2:26-cv-04339-HDV-AS**<br>Assigned to Hernan D. Vera<br><br>**[PROPOSED] ORDER GRANTING REQUEST FOR DISMISSAL OF THE ENTIRE ACTION WITH PREJUDICE** |

Based on the request for dismissal with prejudice and for good cause shown:

IT IS HEREBY ORDERED that the entire action be dismissed with Prejudice.

SO ORDERED.

DATED: 11/02/26

Hernan D. Vera,
United States District Court Judge